1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone: (415) 436-6830
7  Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

**FILED**

APR - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11               SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,      )   No. CR 00-0024 VRW
                                    )
13 |      Plaintiff,                )
                                    )   NOTICE OF DISMISSAL
14 |      v.                        )
                                    )
15 | RAYMOND SHERER,                )
                                    )   ENTERED IN CRIMINAL DOCKET 4/7/08
16 |      Defendant.                )
                                    )
17

18     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
19 United States Attorney for the Northern District of California dismisses the above Indictment.

20 DATED: 3-31-08                       Respectfully submitted,

21                                      JOSEPH P. RUSSONIELLO
                                        United States Attorney
22

23
                                        BRIAN J. STRETCH
24                                      Chief, Criminal Division
   LEAVE GRANTED:
25

26 DATED: 0 3 APR 2008

27                                      VAUGHN R. WALKER
                                        United States District Judge
28

Notice of Dismissal [CR 90-0024 VRW]

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

Raymond Sherer,

        Defendant.
_____/

Case Number: CR 00-0024 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kyle F. Waldinger
AUSA

Dated: April 3, 2008

                              Richard W. Wieking, Clerk
                              By: Cora Klein, Deputy Clerk

                              *Cora Klein*